# EXHIBIT 1

# District o. Columbia Public Schools

## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**
    Law Firm:                JAMES E. BROWN & ASSOCIATES, PLLC
    Attorney:                JAMES E. BROWN
    Federal Tax ID No.:      52-1500760
    D.C. Bar No.:            61622

2.  **Student Information**
    Name:                              Vincent Mitchell
    DOB:                               8/2/93
    Date of Determination (HOD/SA):    8/22/05
    Parent/Guardian Name:              Tamara Agnew
    Parent/Guardian Address:           1361 Stevens Road, SE, WDC 20020
    Current School:                    Howard Road Academy PCS
    Home School:                       Birney E.S.

3.  **Invoice Information**
    Invoice Number:           05-410SA
    Date Request Submitted:   9/23/05
    Date(s) Services Rendered: 4/8/05 to 8/22/05
    Amount of Payment Request: $ 2,000.00

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

• all services listed on the enclosed invoices were actually performed;
• the entire amount requested on the enclosed invoice for payment of costs and expenses
  represents the actual amount of costs and expenses incurred;
• the District of Columbia Public Schools is the sole entity from which payment of the fees,
  costs and expenses itemized on the enclosed invoice is requested;
• no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2)
  will benefit from any monies paid as a result of the submission of the enclosed invoice, has a
  pecuniary interest, either through an attorney, officer or employee of the firm, in any special
  education diagnostic services, schools, or other special education service providers;
• I understand that the making of a false statement to an agency of the DC Government is
  punishable by criminal penalties pursuant to D.C. Code §22-2405.


_____               September 23, 2005
Signature                                      Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

August 22, 2005

Delores Scott McKnight, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW
Washington, DC 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE(202) 742-2098**

**Subject: Due Process Hearing for Vincent Mitchell**
**DOB: 08-02-93**
**Attending School: Howard Road Academy Public Charter School**
**Home School: Birney Elementary School**

Dear Ms. McKnight:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Monday, August 22, 2005 at 11:00 a.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter. **The underlying hearing request was filed on or about May 20, 2005, pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended February 28, 2003.**

The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent verifies that the student's date of birth is August 2, 1993. The attending school is Howard Road Academy Public Charter School.

DCPS Office of the General Counsel
Page 2

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

4. DCPS agrees to convene an MDT meeting by September 16, 2005. At the meeting, DCPS agrees to discuss the issue of compensatory education and to develop a compensatory education plan, as appropriate, for 20 hours of compensatory education. If any party to this agreement is not available by September 16, 2005, then counsel for the parent and counsel for DCPS will discuss a resolution by September 21, 2005.

5. DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

6. Both parties agree that execution of this Settlement Agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand ($2,000.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

DCPS Office of the General Counsel
Page 3

      11. Parent agrees that the hearing request that is the subject of this Settlement Agreement
will be withdrawn immediately and that written evidence of such withdrawal must be provided to
DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

                            Sincerely,

                            Sara Moskowitz
                            Attorney Advisor

Agreed to: _____        8-22-05
        Delores Scott McKnight, Esq.        Date
        Counsel for Parent

Agreed to: _____        8/24/05
        Sara Moskowitz, Esq.        Date
        Attorney Advisor

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| ------------------------------- | | --------------------------------- |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

August 22, 2005

**By Fax Only (202) 442-5556**
Ms. Sharon Newsome
Hearing Coordinator
District of Columbia Public Schools
825 North Capitol Street, NE. 8th Floor
Washington, DC  20002

Re:  **Vincent Mitchell** – DOB: **8/2/93**
**Withdrawal Letter for**
**Hearing on August 22, 2005 at 11:00 AM**

Dear Ms. Newsome:

The parent, on behalf of the minor child in the above-referenced matter, by and through counsel hereby withdraws, without prejudice, the hearing scheduled for today, August 22 at 11:00 AM, as the parent and DCPS have entered into a settlement agreement.

This withdrawal does not affect the parent's right to contest the appropriateness of the DCPS program, IEP, placement or the right of the parent to seek compensatory education for the delays in this case, of which a request for such may be filed at a later date.

Sincerely,

Delores Scott McKnight, Esq.

Cc:  Ms. Sara Moskowitz, DCPS Attorney Advisor (via fax)

◊ Admitted Only in Maryland.  Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.

* Admitted Only in Maryland and New Jersey.  Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************


        TRANSMISSION OK

        TX/RX NO              0486
        CONNECTION TEL                    94425556
        CONNECTION ID
        ST. TIME              08/22 15:27
        USAGE T               00'20
        PGS. SENT                2
        RESULT                OK
```

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill °
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

! Admitted in Bolivia Only

# *FAX COVER SHEET*

TO: _Ms. Sharon Neasume_

FROM: Delores Scott McKnight, Esq.

DATE: _8-22-05_

FAX NO: _442-5556_

RE: _Vincent Mitchell - DUB - 8/2/93_

Pages _2_ includes cover sheet

Attachment: Withdrawal Letter

Comments:

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    0485
CONNECTION TEL                          94425098
CONNECTION ID          OFF.OF GENERAL C
ST. TIME               08/22 15:22
USAGE T                00'46
PGS. SENT                  5
RESULT                 OK
```

# James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

James E. Brown
Domiento C.R. Hill ◦
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers*

! Admitted in Bolivia Only

# *FAX COVER SHEET*

TO: _Sara Moskowitz_

FROM: Delores Scott McKnight, Esq.

DATE: _8-22-05_

FAX NO: _442 5098_

RE: _Vincent Mitchell - 8/2/93_

Pages _5_ , includes cover sheet — settlement and withdrawal letter

Comments: Sara,
Signed settlement Agreement + withdrawal letter attached.
Pls fax back signed copy for our files. Many thanks!

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Cornesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Vincent Mitchell




August 31, 2005
In Reference To:    Vincent Mitchell

Invoice #10930


Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/8/2005 WB | Prepared and sent to DCPS a withdrawal of hearing request | 0.50<br>105.00/hr | 52.50 |
| 4/28/2005 WD | Phone call from parent discussing concerns. | 0.25<br>175.00/hr | 43.75 |
| 5/2/2005 WD | Phone call from Ms. Davis returning advocate's call.  Voice Mail. | 0.08<br>175.00/hr | 14.00 |
| WD | Phone call to Ms. Davis, HRA.  Left message. | 0.08<br>175.00/hr | 14.00 |
| 5/4/2005 WD | Phone call to Ms. Davis discussing concerns and requesting MDT meeting. | 0.25<br>175.00/hr | 43.75 |
| 5/5/2005 WD | Phone call to parent to discuss MDT dates. | 0.17<br>175.00/hr | 29.75 |
| WD | Reviewed file prior to calling parent. | 0.25<br>175.00/hr | 43.75 |
| 5/6/2005 WD | Phone call to parent discussing concerns and setting MDT date. | 0.25<br>175.00/hr | 43.75 |
| WD | Draft letter to/faxed Letter of Invitation to HRA. | 0.42<br>175.00/hr | 73.50 |
| 5/11/2005 WB | Drafted letter to parent re: case status w/ MDT Meeting Notice Letter of Invitation (5/5/05) enclosed | 0.42<br>105.00/hr | 44.10 |

Vincent Mitchell                                                                                           Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/12/2005 | WB | Drafted letter to parent re: case status w/ confirmation of meeting notice for 6/8/05 @ 10:00 am @ Howard Road Academy PCS | 0.42 105.00/hr | 44.10 |
| 5/20/2005 | WB | Drafted letter to parent w/ HR filed on 5/20/05 enclosed | 0.42 105.00/hr | 44.10 |
| | WB | Assisted attorney in preparation of request for hearing | 0.33 105.00/hr | 34.65 |
| | BM | Reviewed file for consultation with attorney Scott McKnight re: DCPS violation of April 5, 2005 settlement agreement and appropriateness to file hearing request | 2.00 350.00/hr | 700.00 |
| 5/31/2005 | KD | File Review and sent letter to parent/student | 0.17 105.00/hr | 17.85 |
| 6/10/2005 | DSM | Phone call from Christine Bell, Esq. of Brunstein and Manavitz, counsel for Howard Road Academy re: Hearing on July 14 re: violation of settlement agreement | 0.25 350.00/hr | 87.50 |
| 6/13/2005 | WD | Draft letter to/faxed letter of invitation. | 0.42 175.00/hr | 73.50 |
| 6/14/2005 | WB | Drafted letter to parent w/ HDN enclosed for hearing on 6/30/05 @ 11:00 am | 0.42 105.00/hr | 44.10 |
| | WB | Drafted letter to parent w/ MDT Meeting Notice Letter of Invitation | 0.42 105.00/hr | 44.10 |
| 6/15/2005 | WB | Drafted letter to parent w/ Interim Order rescheduling hearing from 6/30/05 to 7/14/05 | 0.42 105.00/hr | 44.10 |
| 6/16/2005 | WB | Drafted letter to parent w/ HDN enclosed for hearing on 7/14/05 @ 1:00 pm | 0.42 105.00/hr | 44.10 |
| 6/20/2005 | WD | Reviewed file and prepared for MDT meeting. | 0.33 175.00/hr | 57.75 |
| 6/21/2005 | WD | Attended MDT/IEP @ Howard Road Academy. | 3.50 175.00/hr | 612.50 |
| 6/22/2005 | WD | Draft letter to attorney regardng status and MDT meeting. | 1.25 175.00/hr | 218.75 |
| | WD | Draft letter to DCPS requesting MDT meeting. | 0.58 175.00/hr | 101.50 |
| 6/24/2005 | DSM | Prepared and file due process hearing request to DCPS | 2.00 350.00/hr | 700.00 |

Vincent Mitchell                                                                        Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/28/2005 | WB | Assisted attorney in preparation of request for hearing | 0.25 105.00/hr | 26.25 |
| | WB | Drafted letter to parent w/ HR filed on 6/28/05 enclosed | 0.42 105.00/hr | 44.10 |
| 7/7/2005 | WB | Assisted attorney to prepare disclosure to DCPS | 1.50 105.00/hr | 157.50 |
| | WB | Conference with parent re: case status and upcoming hearing on 7/14/05 @ 1:00 pm | 0.17 105.00/hr | 17.85 |
| | DSM | Prepare disclosure to DCPS | 2.00 350.00/hr | 700.00 |
| 7/8/2005 | WD | Reviewed 5 day disclosure reviewed at attorney's request. | 0.67 175.00/hr | 117.25 |
| 7/11/2005 | DSM | Telephone call to DCPS attorney advisor, Ms. Moskowitz re: hearing notice and role of DCPS and LEA.   Hearing against DCPS, as violation of comp. ed. settlement agreement when the student attended Birney ES. | 0.33 350.00/hr | 115.50 |
| | DSM | Reviewed file in preparation for discussion with DCPS attorney advisor, S. Moskowitz.  Hearing scheduled for July 14. | 0.42 350.00/hr | 147.00 |
| 7/12/2005 | WB | Drafted letter to parent re: case status w/ copy of drafted letter to DCPS Attorney Sara Moskowitz w/ Hearing Request (6/24/05), Hearing Notice (6/1/05), Interim Order (6/1/05), and Hearing Notice (6/1/05) enclosed | 0.50 105.00/hr | 52.50 |
| | WB | Drafted letter to DCPS Attorney Sara Moskowitz w/ Hearing Request (6/24/05), Hearing Notice (6/1/05), Interim Order (6/1/05), and Hearing Notice (6/1/05) enclosed | 0.67 105.00/hr | 70.35 |
| | WD | Prepared for Due Process Hearing. | 1.00 175.00/hr | 175.00 |
| 7/13/2005 | WB | Drafted letter to parent w/ HDN enclosed for hearing on 8/8/05 @ 11:00 am | 0.50 105.00/hr | 52.50 |
| | DSM | Phone call from LEA, Community Academy, re: hearing  on July 14. | 0.17 350.00/hr | 59.50 |
| | DSM | Phone call from atty. advisor, S. Moskowitz, received another hearing notice for Aug. 8. | 0.17 350.00/hr | 59.50 |
| 7/14/2005 | DSM | Appearance to 825 North Capital for due process hearing | 2.00 350.00/hr | 700.00 |
| | WD | Phone call from attorney at due process in prepartion for hearing. | 0.33 175.00/hr | 57.75 |

Vincent Mitchell                                                                                     Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2005 | WB | Drafted letter to DCPS / Attorney Brustein & Manasevit w/ HDN enclosed for hearing on 8/22/05 @ 11:00 am | 0.50 105.00/hr | 52.50 |
|  | WB | Drafted letter to parent w/ Revised HDN enclosed for hearing on 8/22/05 (New Hearing Location) | 0.50 105.00/hr | 52.50 |
| 8/15/2005 | DSM | Prepare disclosure to DCPS | 0.50 350.00/hr | 175.00 |
|  | WB | Assisted attorney to prepare disclosure to DCPS and Brustein & Manasevit (via fax) | 2.17 105.00/hr | 227.85 |
|  | WB | Conference with parent re: upcoming hearing on 8/22/05 | 0.17 105.00/hr | 17.85 |
| 8/19/2005 | MM | Prepared for Due Process Hearing | 1.50 150.00/hr | 225.00 |
|  | DSM | Phone call from DCPS opposing counsel, S. Moskowitz discussing settlement. | 0.25 350.00/hr | 87.50 |
|  | DSM | Reviewed hearing request. | 0.17 350.00/hr | 59.50 |
|  | DSM | Phone call to mother re: settlement on comp. ed. | 0.17 350.00/hr | 59.50 |
|  | DSM | Discussion with advocate Daywalt in connecting with MDT meeting and comp. ed. program proposed by DCPS. | 0.42 350.00/hr | 147.00 |
|  | WD | Prepared for Due Process Hearing and discussion with attorney | 1.50 175.00/hr | 262.50 |
| 8/22/2005 | DSM | Phone call to mother re: settling 8/22 hearing. | 0.17 350.00/hr | 59.50 |
|  | DSM | Discussion with attorney advisor, S. Moskowitz re: settlement terms. | 0.25 350.00/hr | 87.50 |
|  | DSM | Prepared and sent to DCPS a withdrawal of hearing request | 0.50 350.00/hr | 175.00 |
|  |  | For professional services rendered | 35.89 | $7,512.70 |
|  |  | Additional Charges : |  |  |
| 5/6/2005 |  | Facsimile(Howard RA-MDT) |  | 2.00 |
| 5/11/2005 |  | Copied documents; letter to parent |  | 0.50 |

Vincent Mitchell                                                                 Page    5

                                                                                 Amount

| Date | Description | Amount |
|---|---|---|
| 5/11/2005 | Postage; MDT letter of invitation to parent. | 0.37 |
| 5/12/2005 | Copied documents; letter to parent | 0.50 |
| | Postage; letter to parent | 0.37 |
| 5/20/2005 | Facsimile: HR letter to SHO. | 5.00 |
| | Copied: letter dated 5/20 for parent and classroom observation for student. | 9.00 |
| | Postage; letter to parent | 0.60 |
| 5/31/2005 | Copied documents- letter to parent | 0.50 |
| | Postage; letter | 0.37 |
| 6/13/2005 | Facsimile: MDT | 2.00 |
| 6/14/2005 | Copied documents; letter to parent | 0.50 |
| | Copied documents; letter to parent | 0.50 |
| | Postage; letter to parent (MDT Meeting Notice) | 0.37 |
| | Postage; letter to parent (HDN for 6/30/05) | 0.74 |
| 6/15/2005 | Postage; letter to parent (Interim Order) | 0.74 |
| | Copied documents; letter to parent | 0.50 |
| 6/16/2005 | Postage; letter to parent (HDN for 7/14/05) | 0.74 |
| | Copied documents; letter to parent | 0.50 |
| 6/22/2005 | Facsimile: MDT to Barney ES. | 23.00 |
| | Facsimile: MDT to Barney ES. | 23.00 |
| 6/28/2005 | Facsimile: HR to SHO. | 5.00 |
| 6/29/2005 | Postage; HR letter. | 0.37 |
| 7/7/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied documents- Disclosure | 47.50 |
| 7/12/2005 | Copied documents; letter to parent | 0.50 |
| | Postage; letter to parent | 0.37 |

Vincent Mitchell                                                                    Page      6

| | | Amount |
|---|---|---:|
| 7/13/2005 | Copied documents; letter to parent | 0.50 |
| | Postage; letter to parent. | 0.37 |
| 7/27/2005 | Copied documents; letter to parent | 0.50 |
| 7/28/2005 | Postage; letter to parent | 0.37 |
| | Copied: HDN letter to Brustein and Manasevit, parent | 2.00 |
| 8/15/2005 | Copied: Disclosure for DCPS. | 60.00 |
| | Facsimile; disclosures | 58.00 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 8/22/2005 | Facsimile Received from DCPS; settlement proposal | 4.00 |
| | File review preparation of bill and invoice audit | 96.88 |
| | Facsimile withdrawal to DCPS | 7.00 |
| | Total costs | $395.16 |
| | Total amount of this bill | $7,907.86 |