# EXHIBIT 2

# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: JaQuanna Porter
   DOB: 11/28/98
   Date of Determination (HOD/SA): 8/25/05
   Parent/Guardian Name: Stacey Porter/Jimmie Melvin
   Parent/Guardian Address: 5323 E St., SE, #374, WDC 20019
   Current School: CW Harris E.S.
   Home School: CW Harris E.S.

3. **Invoice Information**
   Invoice Number: 05-411SA
   Date Request Submitted: 9/23/05
   Date(s) Services Rendered: 11/1/04 to 9/6/05
   Amount of Payment Request: $1,500.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____        September 23, 2005
Signature                                          Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000     Fax: 202-442-5098
www.k12.dc.us

August 25, 2005

Roberta Gambale, Esq.
James E. Brown & Associates
1220 L Street, NW, #700
Wash., DC 20005

**PROPOSED SETTLEMENT AGREEMENT**

**VIA FACSIMILE – 202-742-2099**

**Subject: Due Process Hearing for JaQuanna Porter**
**DOB: 11/28/1998**
**Attending School: CW Harris ES, DCPS**
**Home School: CW Harris ES, DCPS**

Dear Ms. Gambale:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Wednesday, August 31, 2005, the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter pursuant to the following terms and conditions:

1. Parent/advocate verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The parent/counsel verifies that the student's date of birth is 11/28/1998, and that the schools stated above are in fact the student's attending and home schools.

3. Parent/counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

4. DCPS hereby agrees to:

> Convene an MDT/IEP meeting not later than thirty (30) days from the date of executing this agreement. The purpose of MDT/IEP meeting will be to address and develop a compensatory education services plan for not having an IEP in effect for the period of March 2004 through May 2005, and ESY eligibility for Summer 2005. DCPS further agrees to develop and begin implementing the compsensatory education plan not later than 10/26/05. DCPS's failure to implement compensatory education plan by that date shall result in the student's ability to

DCPS Office of the General Counsel
Page 2 of 2

secure independent tutoring, consistent with the Superintendent's cost guidelines, at a rate not to exceed 5 hours per week, until the DCPS Compensatory Education Plan is in place.

5. All meetings/conferences/evaluations shall be scheduled through the parent and/or counsel for the parent.

6. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

7. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control (i.e., natural disaster or emergency), DCPS will request that parent/counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

8. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply. Parent/Counsel agrees that the method of communication will be facsimile to (202) 442-5517.

9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed One Thousand Five Hundred ($1,500.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

[signature]

Aaron E. Price, Sr., Esq.
Attorney Advisor    Date: 8/25/05

Agreed to: [signature]

Roberta Gambale, Esq., James E. Brown & Associates
Counsel for Parent

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |
| | | ! Admitted in Bolivia Only |

August 26, 2005

**Via Facsimile**
Sharon Newsome, Student Hearing Coordinator
Student Hearing Office
District of Columbia Public Schools
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002

Re: **Jaquanna Porter**
DOB: 11/28/98

Dear Ms. Newsome:

The parent hereby withdraws the hearing request for the hearing scheduled to be heard on August 31, 2005 at 9:00 a.m. based upon the settlement agreement executed by the parties. This withdrawal is not intended to affect any of the parents other rights under the Individual with Disabilities and Education Act (IDEA). I am attaching a copy of the agreement with this letter.

Please feel free to contact me should you have any questions or concerns. I may be reached at (202) 742-2021. I appreciate your assistance in this matter and look forward to hearing from you.

Sincerely,

Roberta Gambale, Esq.

Cc; Aaron Price, Esq, DCPS Attorney Advisor

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    0731
CONNECTION TEL                              94425098
CONNECTION ID
ST. TIME                    08/26 13:20
USAGE T                     00'55
PGS. SENT                   4
RESULT                      OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | Attorneys at Law | |
|---|---|---|
| James E. Brown | 1220 L Street, NW | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Delores Scott McKn ht |
| Christopher L. West | Facsimile: (202) 742-2098 | Marshall Lammers° |
| Juan J. Fernandez! | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

# FAX COVER SHEET

DATE: August 26, 2005

TO:   Aaron Price, Esq. Office of General Counsel, DCPS

PHONE:    202-442-5000

FAX NO:   202- 442-5098

FROM:     Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

SUBJECT:  Jaquanna Porter
          DOB: 11/28/98

NUMBER OF PAGES INCLUDING COVER SHEET: 3

COMMENTS: Please find attached withdrawal from hearing and Settlement Agreeme t for the above mentioned student.

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0732 |
| CONNECTION TEL | 94425556 |
| CONNECTION ID | |
| ST. TIME | 08/26 13:21 |
| USAGE T | 00'34 |
| PGS. SENT | 4 |
| RESULT | OK |

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | Attorneys at Law | |
|---|---|---|
| James E. Brown | 1220 L Street, NW | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Christopher L. West | Facsimile: (202) 742-2098 | Marshall Lammers° |
| Juan J. Fernandez! | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:    August 26, 2005

TO:      Sharon Newsome, Student Hearing Coordinator
         Student Hearing Office, DCPS

PHONE:   202-442-5432

FAX NO:  202-442-5556

FROM:    Yamileth Amaya, Paralegal

         Jaquanna Porter
         DOB: 11/28/98

NUMBER OF PAGES INCLUDING COVER SHEET: 3

COMMENTS: Please find attached the withdrawal from hearing and Settlement Agreement for the above mentioned student.

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
JaQuanna Porter

September 06, 2005
In Reference To:   JaQuanna Porter
Invoice #10943

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2004 | MM | Reviewed hod dated 10/25/04 | 0.50<br>175.00/hr | 87.50 |
| 11/2/2004 | MM | File review and developed monthly case status report | 0.58<br>175.00/hr | 101.50 |
| 11/15/2004 | RG | Discussion with paralegal re: amending disclosures | 0.42<br>350.00/hr | 147.00 |
| | YA | Discussion with the child's attorney | 0.42<br>105.00/hr | 44.10 |
| | YA | File review and developed monthly case status report to parent re: Hearing Date Notice | 0.58<br>105.00/hr | 60.90 |
| 11/16/2004 | YA | Assisted attorney to prepare Amended disclosure to DCPS | 0.75<br>105.00/hr | 78.75 |
| 11/19/2004 | YA | Assisted attorney with supplemental disclosure to DCPS | 0.75<br>105.00/hr | 78.75 |
| 11/23/2004 | RG | Reviewed status and drafted memo for advocate | 0.42<br>350.00/hr | 147.00 |
| 11/24/2004 | MM | File review and developed monthly case status report | 0.58<br>175.00/hr | 101.50 |
| 11/25/2004 | MM | Drafted letter to private school | 0.50<br>175.00/hr | 87.50 |

JaQuanna Porter                                                                                          Page    2

|            |    |                                                                                                                                                                                                                                          | Hrs/Rate          | Amount  |
|------------|----|----|----|----|
| 11/29/2004 | MM | Discussion with the child's attorney | 0.25<br>150.00/hr | 37.50 |
|            | RG | Discussion with MM re: meeting status | 0.25<br>350.00/hr | 87.50 |
| 11/30/2004 | MM | Prepared for Due Process Hearing | 1.50<br>175.00/hr | 262.50 |
| 12/1/2004  | RG | Prepared for Due Process Hearing; attend hrg; discussion with advocate and memo and research re: parent issue and authorization; call to parent | 2.50<br>350.00/hr | 875.00 |
| 12/3/2004  | MM | Reviewed students file and information in order to mark documents and take notes for issues to be discussed at meeting. | 1.00<br>175.00/hr | 175.00 |
| 12/7/2004  | MM | File review and developed monthly case status report re: meeting and what happened | 0.58<br>175.00/hr | 101.50 |
|            | MM | Attended MDT/IEP @ had a meeting in order to review psycho ed s and I and social work eval and determined what other evals needed to be done and came to an agreement that new educational and new psychlogical and vision and hearing evlas needed to be done and a classroom obsevration.ad | 5.00<br>175.00/hr | 875.00 |
| 12/10/2004 | YA | File Review and sent letter to parent/student | 0.17<br>105.00/hr | 17.85 |
| 12/24/2004 | MM | File review and developed monthly case status report | 0.58<br>175.00/hr | 101.50 |
| 12/30/2004 | MM | Reviewed information to take to meeting | 2.00<br>175.00/hr | 350.00 |
|            | MM | Reviewed information for meeting. They had previously found her ineligible and she had bee held back a grade gathered information to advocate for eligibility | 2.00<br>175.00/hr | 350.00 |
| 1/4/2005   | MM | Attended MDT/IEP @ school | 5.00<br>175.00/hr | 875.00 |
| 1/5/2005   | MM | File review and developed monthly case status report | 0.75<br>175.00/hr | 131.25 |
| 1/13/2005  | MM | Reviewed mdt information | 1.50<br>175.00/hr | 262.50 |
| 1/14/2005  | MM | Attended MDT/IEP @ school | 2.00<br>175.00/hr | 350.00 |

JaQuanna Porter                                                                                          Page    3

                                                                                         Hrs/Rate      Amount

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/14/2005 | MM | Reviewed information for mdt | 0.50<br>175.00/hr | 87.50 |
| 2/14/2005 | MM | Reviewed infromation for mdt | 1.00<br>175.00/hr | 175.00 |
| 2/15/2005 | MM | Attended MDT/IEP @ school | 2.00<br>175.00/hr | 350.00 |
| 3/10/2005 | MM | Conference with parent called 2 times | 0.33<br>175.00/hr | 57.75 |
|  | MM | Discussion with school re meeting | 0.25<br>175.00/hr | 43.75 |
| 4/27/2005 | MM | File review and developed monthly case status report and develop report re: latest parent and school contact | 0.58<br>175.00/hr | 101.50 |
| 5/5/2005 | MM | Drafted letter to school | 0.50<br>175.00/hr | 87.50 |
| 5/12/2005 | MM | File review and developed monthly case status report regarding the communication between me and the school and the parent and the most recent occurrances with the case | 0.58<br>175.00/hr | 101.50 |
| 5/13/2005 | RG | Conference with parent re: meeting and status | 0.33<br>350.00/hr | 115.50 |
| 5/23/2005 | MM | Reviewed information for mdt | 1.50<br>175.00/hr | 262.50 |
| 5/24/2005 | YA | Research educational needs re: documents for meetings | 0.33<br>105.00/hr | 34.65 |
|  | CF | Attended MDT/IEP @ school | 4.00<br>175.00/hr | 700.00 |
|  | MM | Attended MDT/IEP @ school | 4.00<br>175.00/hr | 700.00 |
|  | MM | Discussion with yami re: hod information | 0.33<br>175.00/hr | 57.75 |
|  | MM | File review and developed monthly case status report | 0.75<br>175.00/hr | 131.25 |
| 6/7/2005 | YA | Telephone call to DCPS, CW Harris school staff re, MDT Notes and IEp | 0.33<br>105.00/hr | 34.65 |
|  | YA | Draft letter to CW Harris, DCPS re, requesting copy of the MDT & IEP Meeting Notes | 0.42<br>105.00/hr | 44.10 |

JaQuanna Porter                                                                                              Page    4

                                                                                                       Hrs/Rate    Amount

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/7/2005 | RG | Reviewed and instruct paralegal re: follow up | 0.33<br>350.00/hr | 115.50 |
| 6/10/2005 | YA | Assisted attorney in preparation of request for hearing to student hearing office | 0.42<br>105.00/hr | 44.10 |
|  | RG | Prepared and file due process hearing request to DCPS to address compensatory education and ESY | 2.00<br>350.00/hr | 700.00 |
| 6/13/2005 | YA | Draft status letter to parent re, Hearing Request Notice | 0.75<br>105.00/hr | 78.75 |
| 6/17/2005 | MM | review hearing request dated 6/10/05 | 0.33<br>175.00/hr | 57.75 |
| 6/28/2005 | MM | File review and developed monthly case status report and record information regarding communication with parents and school. | 0.58<br>175.00/hr | 101.50 |
| 7/29/2005 | YA | Draft letter to Student Hearing Officer re, pending hearing date | 0.42<br>105.00/hr | 44.10 |
|  | YA | Research educational needs re, pending hearing | 0.17<br>105.00/hr | 17.85 |
| 8/5/2005 | YA | Draft letter to Student Hearing Office re, status of hearing date | 0.42<br>105.00/hr | 44.10 |
|  | RG | Discussion with paralegal- instructions re: letter to send to SHO to follow up on Hearing date | 0.17<br>350.00/hr | 59.50 |
| 8/9/2005 | YA | Draft letter to Student Hearing Office re, pending hearing date notice | 0.25<br>105.00/hr | 26.25 |
| 8/18/2005 | RG | Reviewed- upcoming dates and deadlines | 0.25<br>350.00/hr | 87.50 |
| 8/22/2005 | RG | Drafted letter to parent re: hearing date | 0.33<br>350.00/hr | 115.50 |
| 8/24/2005 | RG | Prepare disclosure to DCPS | 1.00<br>350.00/hr | 350.00 |
|  | YA | Assist attorney to prepare disclosure to Student Hearing Office and Office of General Counsel | 1.50<br>105.00/hr | 157.50 |
|  | YA | Tickle deadline | 0.17<br>105.00/hr | 17.85 |
| 8/25/2005 | RG | Reviewed settlement and discussion with AP | 0.33<br>350.00/hr | 115.50 |

JaQuanna Porter                                                                                      Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/26/2005 | YA | Prepared and sent to DCPS a withdrawal of hearing request to Student Hearing Office and Office of General Counsel | 1.00<br>105.00/hr | 105.00 |
|  | YA | Drafted letter to parent re, Settlement Agreement enclosed | 0.58<br>105.00/hr | 60.90 |
|  | YA | Tickle Deadline pursuant Settlement Agreement | 0.25<br>105.00/hr | 26.25 |
|  | YA | Phone call to parent re, settlement agreement | 0.25<br>105.00/hr | 26.25 |
|  |  | For professional services rendered | 59.81 | $11,223.15 |

Additional Charges :

| 11/15/2004 | Copied documents(Parent-adv-ADM-HDN letter) | 0.75 |
|---|---|---|
| 11/16/2004 | Postage; letter to parent (HDN) | 0.37 |
| 11/19/2004 | Facsimile to OGC and SHO Supplemental Disclosure | 10.00 |
| 12/1/2004 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 12/10/2004 | Copied documents | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 5/16/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 6/10/2005 | Facsimile(SHO-HR) | 6.00 |
| 6/13/2005 | Copied: HR letter for parent and advocate. | 3.00 |
| 6/14/2005 | Postage; HR letter to parent. | 0.60 |
| 8/5/2005 | Copied: HR for SHO. | 2.25 |
| 8/9/2005 | Facsimile to SHO; previous HR and letter | 11.00 |
|  | Copied documents; letter to parent re: follow up on HR | 0.50 |
| 8/24/2005 | Copied: Disclosure for SHO, OGC, and attorney. | 62.25 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 8/26/2005 | Copied documents; settlement agreement | 4.00 |
|  | Copied documents; withdrawal | 0.75 |

JaQuanna Porter                                                                                          Page    6

                                                                                                        Amount

8/26/2005  Facsimile withdrawal and SA to SHO/OGC                                                          8.00

           Copied documents; letter to parent                                                              0.50

           Postage; letter to parent re: SA.                                                               0.37

9/6/2005   File review preparation of bill and invoice audit                                              96.88

           Total costs                                                                                  $256.09

           Total amount of this bill                                                                 $11,479.24