# EXHIBIT 3



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Rita Rodriquez
   DOB: 7/20/91
   Date of Determination (HOD/SA): 8/8/05
   Parent/Guardian Name: Jose Garcia & Melida Cruz
   Parent/Guardian Address: 230 Rhode Island Ave., NE, #611,
   Current School: Deal JHS
   Home School: Deal JHS

3. **Invoice Information**
   Invoice Number: 05-412SA
   Date Request Submitted: 9/23/05
   Date(s) Services Rendered: 2/23/05 to 9/8/05
   Amount of Payment Request: $ 2,700.00

4. **Certification (must be signed by principal attorney).**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

*James E. Brown*            September 23, 2005
Signature                                  Date

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000     Fax: 202-442-5098
www.k12.dc.us

August 8, 2005

Mr. Miguel Hull, Esq.
James E. Brown and Associates
1220 L Street NW, Suite 700
Washington, DC 20005

PROPOSED SETTLEMENT

VIA FACSIMILE 202-742-2098

Subject: Due Process Hearing Request for Rita Rodriguez
DOB: 7/20/91
Attending School: Deal JHS
Home School: Deal SHS

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated August 8, 2005, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about June 30, 2005, pursuant to the Individuals with Disabilities Education Act of 1997. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is September 25, 2005, that the attending school is Deal JHS, and that the home school is Deal JHS.

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with

14838

Re: Rita Rodriguez
8/8/2005
Page 2

the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:
   A. DCPS will convene a MDT/IEP meeting by September 9, 2005 to review the evaluations and determine eligibility. If the student is found eligible, the team will create an IEP and determine placement. In addition, the team will determine which additional evaluations may be needed, in particular, review the need for a clinical evaluation.

5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Student/Counsel for Student and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

8. Parent/Counsel for Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Student now asserts or could have asserted as of the date of this Settlement Agreement.

10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand seven hundred ($2,700.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Re: Rita Rodriguez
8/8/2005
Page 3

Sincerely,

*Katherine G. Rodi*
Katherine G. Rodi
Attorney-Advisor

Agreed to: *Miguel Hull*
Miguel Hull
Attorney, PDS

Agreed to: *Katherine G. Rodi*
Katherine G. Rodi
Attorney-Advisor

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

September 8, 2005

*Via facsimile only*
Student Hearing Office
District of Columbia Public Schools
825 North Capitol St., NE, 9th floor
Washington, D.C. 20002

    **RE:   Rita Rodriguez DOB: 7-20-91 Withdrawal of due process hearing request dated 6-30-05**

Dear Sir or Madam:

    Mr. Jose Garcia and Ms. Melida Cruz, parents of Rita Rodriguez, hereby advise that they and the DCPS Office of the General Counsel have reached an agreement regarding the issues raised in the Due Process Hearing Request dated June 30, 2005 and set for hearing on August 8, 2005 at 3:00 pm and that in light of this agreement, the parents hereby *withdraw* the due process hearing request in question. The parents further advise that this withdrawal is solely limited to the specific issues raised in the hearing request and is not intended to effect any of the parents' or student's other rights under the Individuals with Disabilities Education Act ("IDEA"); D.C. Code; or District of Columbia Municipal Regulations ("DCMR").

                                            Yours truly,

                                            Miguel A. Hull

CC:    Katherine Rodi, Esq., DCPS Office of the General Counsel

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*

° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
***********************
***    TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              3559
CONNECTION TEL                94425556
SUBADDRESS
CONNECTION ID
ST. TIME              09/08 12:06
USAGE T               00'22
PGS. SENT             2
RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:       September 8, 2005

TO:         Sharon Newsome
            Student Hearing Office of the District of Columbia Public Schools

TEL NO.:    202 442-5432

FAX NO.:    202 442-5556

FROM:       Heidi Romero, Legal Assistant for Miguel A. Hull, Esq.

SUBJECT:    Rita Rodriguez DOB: 7-20-91


NUMBER OF PAGES INCLUDING COVER SHEET:    2

COMMENTS: **Withdrawal of due process hearing request**

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3558
CONNECTION TEL                  94425098
SUBADDRESS
CONNECTION ID         OFF.OF GENERAL C
ST. TIME              09/08 12:05
USAGE T               00'23
PGS. SENT             2
RESULT                OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

DATE:       September 8, 2005

TO:         Katherine Rodi, Esq.
            DCPS, Office of the General Counsel

FAX NO.:    202 442-5098/5097

FROM:       Heidi Romero, Legal Assistant for Miguel A. Hull, Esq.

SUBJECT:    Rita Rodriguez DOB: 7-20-91


NUMBER OF PAGES INCLUDING COVER SHEET:    2

COMMENTS: **Withdrawal of due process hearing request**

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Rita Rodriguez
Melida Cruz and Jose Garcia
230 Rhode Island Ave, NE
Apt 611
Washington DC 20002

September 15, 2005
In Reference To:   Rita Rodriguez
                   DOB: 7/20/91
                   School: Deal JHS

Invoice #10962

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/23/2005 | RG | Consultation with parent and legal assistant, research and case preparation. | 1.50 350.00/hr | 525.00 |
|  | AAG | Conference with parent to discuss opening case and child's educational needs. | 1.50 105.00/hr | 157.50 |
| 2/24/2005 | AAG | Drafted letter to parent with translation | 0.81 105.00/hr | 85.05 |
| 2/25/2005 | RG | Drafted letter to DCPS / Attorney re: request for records and evaluations; reviewed notes and memo to paralegal re: follow up w parent and memo to advocate | 1.50 350.00/hr | 525.00 |
| 2/28/2005 | JF | Drafted Observation letter to Deal JHS | 0.25 350.00/hr | 87.50 |
|  | YA | Assisted attorney requesting records to Deal Junior High School, Mediation & Compliance, Special Education Division and Office of General Counsel | 0.42 105.00/hr | 44.10 |
|  | YA | Assisted attorney requesting Initials Evaluations to Deal Junior High School, Mediation & Compliance, Special Education Division and Office of General Counsel | 0.42 105.00/hr | 44.10 |
| 3/1/2005 | RG | Telephone call from DCPS staff/ to Ms. Brooks at Deal and drafted letter | 0.67 350.00/hr | 234.50 |
|  | YA | Phone call to parent re: SEP meeting | 0.33 105.00/hr | 34.65 |

Rita Rodriguez                                                                                           Page    2

                                                                                                    Hrs/Rate    Amount

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2005 | MM | Attended MDT/IEP @ | 2.83<br>175.00/hr | 495.25 |
| 3/21/2005 | YA | Draft letter to parent re: request sent out to Deal JHS enclosed with letter | 0.42<br>105.00/hr | 44.10 |
| 4/5/2005 | JF | Discussion with Attorney Reviewed case status and formulated strategy. | 0.25<br>350.00/hr | 87.50 |
|  | MH | Discussion with educational advocate, Juan Fernandez. Reviewed case status and formulated strategy. | 0.25<br>350.00/hr | 87.50 |
| 6/30/2005 | MH | Prepared and file due process hearing request to DCPS. Includes research on issues raised, discussion with parent, and drafting and revising of claims made. | 2.00<br>350.00/hr | 700.00 |
| 7/5/2005 | HR | Draft case status letter to parent detailing the hearing request | 0.42<br>105.00/hr | 44.10 |
| 7/19/2005 | HR | Draft case status letter to parent informing them of the notice of hearing | 0.42<br>105.00/hr | 44.10 |
|  | CF | Reviewed case to determine case status. | 0.33<br>175.00/hr | 57.75 |
| 7/20/2005 | HR | Draft letter to the Student Hearing Office requesting an interpreter for the upcoming hearing and sent letter via facsimile and sent a copy to the Office of the General Counsel. | 0.33<br>105.00/hr | 34.65 |
| 7/26/2005 | CF | Reviewed case: notes; hearing request; social history; report card; SEP notes | 0.83<br>175.00/hr | 145.25 |
| 7/28/2005 | HR | Draft letter to parent informing them hearing location change for the hearing scheduled for August 8, 2005, all hearing will be held at Whittier Elementary School from August 1-19, and called parent to inform them of change as well . | 0.25<br>105.00/hr | 26.25 |
| 8/1/2005 | HR | Assisted attorney to prepare disclosure to DCPS | 1.00<br>105.00/hr | 105.00 |
|  | MH | prepare disclosure to DCPS with assistance from paralegal. Reveiwed entire file and identified potential exhibits and witnesses, prepared exhibit packet and cover letter and supervised delivery to DCPS counsel. | 1.00<br>350.00/hr | 350.00 |
| 8/5/2005 | MH | Prepared for Due Process Hearing. Reviewed disclosure materials and prepared witness questions and legal arguments for hearing. | 0.83<br>350.00/hr | 290.50 |
| 8/9/2005 | MH | Reviewed settlement proposal from DCPS and accepted on behalf of parent. Includes discussion with parent. | 0.33<br>350.00/hr | 115.50 |

Rita Rodriguez                                                                                                      Page    3

                                                                                                           Hrs/Rate    Amount

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2005 | HR | Draft letter to parent regarding the psychoeducational evaluation | 0.42<br>105.00/hr | 44.10 |
| 9/8/2005 | HR | Draft letter to the Office of Mediation and Compliance requesting an MDT meeting per settlement agreement, sent letter via facsimile with attached copy of agreement, sent letter and agreement to Deal Junior High School, and to the Office of the General Counsel. Called the school to confirm receipt of fax. | 0.83<br>105.00/hr | 87.15 |
| | HR | Draft letter to parent informing them of letter sent to DCPS requesting an MDT meeting | 0.50<br>105.00/hr | 52.50 |
| | HR | Draft letter to the Student Hearing Office regarding withdrawal of due process hearing requested, sent letter via facsimile and sent letter the Office of the General Counsel. | 0.50<br>105.00/hr | 52.50 |
| | MH | Reviewed and executed settlement agreement; instructed paralegal to send withdrawal | 0.42<br>350.00/hr | 147.00 |
| | | For professional services rendered | 21.56 | $4,748.10 |

Additional Charges :

| | | |
|---|---|---|
| 2/23/2005 | Copied documents(Intake) | 5.00 |
| 2/25/2005 | Postage; Letter to the parent. | 0.37 |
| 2/28/2005 | Facsimile(Deal JHS-reg.Initial+records) | 7.00 |
| | Facsimile(Med/Comp-reg.Initial+records) | 7.00 |
| | Facsimile(OGC-reg.Initial+records) | 7.00 |
| | Facsimile(Special ed reg.Initial+records) | 7.00 |
| 3/21/2005 | Copied documents; letter re: requests | 1.25 |
| | Postage; letter to parent enclosed request evaluations. | 0.37 |
| 4/13/2005 | Facsimile letter to Deal | 2.00 |
| 7/5/2005 | Postage; Case status letter to parent. | 0.60 |
| | Copied: Hearing request letter for parent. | 1.50 |
| 7/19/2005 | Postage; case status letter to parent. | 0.37 |
| | Postage; case status letter to parent. | 0.37 |
| | Copied: NOH letter for parent. | 0.50 |

Rita Rodriguez                                                                                                  Page   4

|            |                                                                                   | Amount  |
|------------|-----------------------------------------------------------------------------------|---------|
| 7/20/2005  | Facsimile to OGC: Request for interpreter                                         | 2.00    |
|            | Facsimile to SHO: Request for interpreter                                         | 2.00    |
| 7/21/2005  |                                                                                   | 0.50    |
| 7/28/2005  | Copied: Hearing notice letter for parent.                                         | 0.50    |
|            | Postage; letter to parent re: change of address for hearing in August.            | 0.37    |
| 8/1/2005   | Messenger Service to and from DCPS (5-day Disclosures)                            | 20.00   |
|            | Copied: Disclosure for SHO and OGC.                                               | 18.50   |
| 8/10/2005  | Copied documents; psychoed eval and letter                                        | 1.50    |
| 8/11/2005  | Postage; letter to parent re: case status.                                        | 0.60    |
| 9/8/2005   | Facsimile letter to SHO/OGC re: withdrawal of DPH                                 | 4.00    |
|            | Copied documents; letter to parent                                                | 0.50    |
|            | Postage; letter to parent                                                         | 0.37    |
|            | Facsimile(OSE-letter-reg.mtg- w/S.A.)                                             | 5.00    |
|            | Facsimile(OGC-letter reg.mtr.w/S.A)                                               | 5.00    |
|            | Facsimile(Dael JHS-letter reg. mtg w/S.A.)                                        | 5.00    |
|            | File review preparation of bill and invoice audit                                 | 96.88   |
|            | Total costs                                                                       | $203.05 |
|            | Total amount of this bill                                                         | $4,951.15 |