# EXHIBIT 4

# District of Columbia Public Schools
**OFFICE OF GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Diamond Marshall
   DOB: 6/10/89
   Date of Determination (HOD/SA): 9/13/05
   Parent/Guardian Name: Diane Stokes
   Parent/Guardian Address: 2916 30th St., SE, #30, WDC 20020
   Current School: Rock Creek Academy
   Home School: Rock Creek Academy

3. **Invoice Information**
   Invoice Number: 05-413SA
   Date Request Submitted: 9/23/05
   Date(s) Services Rendered: 8/10/05 to 9/22/05
   Amount of Payment Request: $ 2,800.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_                                September 23, 2005
Signature                                        Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

September 13, 2005

Roxanne Neloms, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE (202) 742-2097/8**

Subject: Due Process Hearing Request for Diamond Marshall
DOB: 06-10-1989
Attending School: Rock Creek Academy
Home School: Rock Creek Academy

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated June 27, 2005, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about June 28, 2005, pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is June 10, 1989, that the attending and home school is Rock Creek Academy.

Re: Diamond Marshall
9/13/2005
Page 2

    3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

        a. Complete a clinical psychological evaluation and a cognitive assessment w/n 40 calendar days of the execution of this agreement.
        b. Convene an MDT/IEP meeting to review the evalautions and assessments and revies and revise the IEP as appropriate, discuss whether compensatory education is appropriate, and if appropriate, develop a compensatory education plan.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand Eight ($2,800.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; ~~and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.~~

Re: Diamond Marshall
9/13/2005
Page 3

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to: _____
Roxanne Neloms, Esquire
Counsel for Parent

Agreed to: _____
Quinne Harris-Lindsey
Acting Supervisory Attorney Advisor

Roxanne D. Neloms
(print name)

Quinne Harris-Lindsey
(print name)

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores S. McKnight |
| Christopher L. West♦◊ | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only          e-mail: Admin@Jeblaw.biz          ! Admitted in Bolivia Only

September 19th, 2005

Via Facsimile Only
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE, Eighth Floor
Washington, DC 20002

Re:               Diamond Marshall
DOB:              June 10th, 1989
Attending School: The Rock Creek Academy
Home School:      The Rock Creek Academy

Ms. Newsome:

The parent, by and through counsel, hereby withdraws, without prejudice, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request scheduled to occur on Monday, September 12th, 2005.

As always, both the parent and myself look very forward to working with you and DCPS to ensure the student to receive a Free and Appropriate Public Education. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

Respectfully,

Roxanne Neloms (DH)
Roxanne Neloms, Esq.

Cc:   Quinne Harris-Lindsey, Attorney Advisor, Office of the General Counsel, DCPS
      Domiento C.R. Hill, Esq.
      File

◊ "Practicing pursuant to D.C. Court of Appeals Rule 49(c) (6).
° Admitted only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar, D.C. Court of Appeals.

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                 3704
CONNECTION TEL                    92024425556
SUBADDRESS
CONNECTION ID
ST. TIME                 09/19 12:33
USAGE T                  00'49
PGS. SENT                5
RESULT                   OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill o | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores S. McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO:   Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: September 19th, 2005

FAX NO: 202-442-5556

SUBJECT: D.M., DOB: 6/10/89

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    3705
CONNECTION TEL                        92024425097
SUBADDRESS
CONNECTION ID
ST. TIME                    09/19 12:35
USAGE T                     00'54
PGS. SENT                   6
RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores S. McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Quinne Harris-Lindsey, Attorney Advisor, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: September 19th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: D.M., DOB: 6/10/89

NUMBER OF PAGES INCLUDING COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Titman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Marshall, Diamo

September 22, 2005
In Reference To: Marshall, Diamo
Invoice #10977

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2005 | DD | Reviewed file and due process hearing notice | 0.33<br>175.00/hr | 57.75 |
| 8/11/2005 | KD | Drafted letter to parent/enclosed copy of HN for 9-12-05/copy to advc and file | 0.50<br>105.00/hr | 52.50 |
| 8/14/2005 | DH | Draft and send letter to Ms. Arvette Paige, IEP Coordinator at the Rock Creek Academy, responding to Letter of Invitation. | 0.17<br>350.00/hr | 59.50 |
| 8/17/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 8-14-05 Ltr to RCA accepting MDT date/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 8/24/2005 | DD | Reviewed HOD | 0.08<br>175.00/hr | 14.00 |
| 8/30/2005 | KD | Drafted letter to parent/enclosed copy of 8-22-05 HOD/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.50<br>105.00/hr | 52.50 |
|  | KD | Drafted letter to parent/enclosed copy of Ltr from RCA re OT hours missed/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 9/8/2005 | RB | Discussion with attorney Hill: possible hearing testimony | 0.17<br>175.00/hr | 29.75 |
|  | DH | Discussion with educational expert regarding testimony at upcoming due process hearing. | 0.17<br>350.00/hr | 59.50 |

Marshall, Diamo                                                                                           Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2005 | DH | Prepare for the student's administrative due process hearing. | 2.00 350.00/hr | 700.00 |
|  | RN | Prepare for the student's administrative due process hearing. | 2.00 350.00/hr | 700.00 |
| 9/12/2005 | DH | Prepare for the student's administrative due process hearing. Prior to the hearing, the parties agreed to settle the matter. | 2.00 350.00/hr | 700.00 |
|  | RN | Prepare for the student's administrative due process hearing. Prior to the hearing, the parties agreed to settle the matter. | 2.00 350.00/hr | 700.00 |
| 9/18/2005 | DH | Receive and review the student's vocational assessments. | 0.50 350.00/hr | 175.00 |
|  |  | For professional services rendered | 11.26 | $3,388.70 |

Additional Charges :

| | | |
|---|---|---|
| 8/11/2005 | Copied: HN for parent and advocate. | 1.00 |
|  | Postage; letter to parent re: HN. | 0.37 |
| 8/15/2005 | Facsimile letter to RCA | 2.00 |
| 8/17/2005 | Copied: MDT acceptance for parent and advocate. | 2.50 |
|  | Postage; letter to parent re: MDT acceptance. | 0.60 |
| 8/30/2005 | Postage; letter to parent re: HOD and OT hours. | 0.60 |
|  | Copied: OT and HOD for parent and advocate. | 3.50 |
| 9/2/2005 | Facsimile: disclosure to OSE and OGC. | 172.00 |
| 9/19/2005 | Copied documents; letter to parent with settlement agreement | 1.50 |
|  | Facsimile settlement agreement to SHO/OGC | 11.00 |
| 9/22/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $291.95 |
|  | Total amount of this bill | $3,680.65 |