# EXHIBIT 5

# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   - Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   - Attorney: JAMES E. BROWN
   - Federal Tax ID No.: 52-1500760
   - D.C. Bar No.: 61622

2. **Student Information**
   - Name: Dale Tabron
   - DOB: 5/7/91
   - Date of Determination (HOD/SA): 9/16/05
   - Parent/Guardian Name: Sandra Tabron
   - Parent/Guardian Address: 7 K St.; NW, WDC 20001
   - Current School: Terrell JHS
   - Home School: Terrell JHS

3. **Invoice Information**
   - Invoice Number: 05-414SA
   - Date Request Submitted: 9/23/05
   - Date(s) Services Rendered: 6/9/05 to 9/19/05
   - Amount of Payment Request: $ 2,500.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_Signature_ /s/ James E. Brown     Date: September 23, 2005



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000 Fax # 202-442-5098
www.k12.dc.us

September 16, 2005

James Brown & Associates
Attn: Roxanne Neloms
1220 L. Street, NW, Suite 700
Washington, DC 20002

<u>**SETTLEMENT AGREEMENT**</u>

<u>**VIA FACSIMILE (202) 546-7811**</u>

| | |
|---|---|
| **Subject:** | **Due Process Complaint for Dale Tabron** |
| **DOB:** | 05/07/91 |
| **Attending School:** | **Terrell Junior High School** |
| **Home School:** | |

Dear Ms. Neloms:

    This letter constitutes an offer of settlement for the above-referenced matter.

    By your signature below, you agree to the following terms:

    In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated July 14, 2005, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about July 18, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004 ("IDEA 2004"), 20 U.S.C. §§ 1400 et seq. seq.; 5 DCMR §§ 3000 et. seq., as amended July 1, 2005. The parties have agreed to the following terms and conditions:

    1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

**Re: Ronnie Hill Settlement Agreement**
**9/16/2005**

    2. Parent represents that the student's date of birth is May 7, 1991, that the attending and home school is Terrell Junior High School.

    3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA 2004, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Complaint has not been provided, the parties agree to the following:

        (a) DCPS agrees to place and fund the student at the Pathways School with transportation for SY 05-06.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. Parent agrees to accept reasonable attorney fees not to exceed Twenty Five Hundred ($2,500.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

DCPS Office of the General Counsel
Page 3

      10. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

      11. Parent agrees that the due process complaint that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS.

Sincerely,

*[signature]*

Rhondalyn Primes, Attorney Advisor
District of Columbia Public Schools

Date: 9/16/05

Agreed to: _____
Parent/Counsel for Parent

*Roxanne D. Neloms*
(print name)

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores S. McKnight |
| Christopher L. West◆◊ | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | | |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

September 19th, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE, Eighth Floor
Washington, DC 20002

Re:             Dale Tabron
DOB:            May 7th, 1991
Attending School:   Terrell Junior High School
Home School:    Terrell Junior High School

Ms. Newsome:

The parent, by and through counsel, hereby withdraws, without prejudice, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request scheduled to occur on Monday, September 19th, 2005.

As always, both the parent and myself look very forward to working with you and DCPS to ensure the student to receive a Free and Appropriate Public Education. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

Respectfully,

Roxanne Neloms, Esq.

Cc:   Rhondalyn Primes, Attorney Advisor, Office of the General Counsel, DCPS
      Domiento C.R. Hill, Esq.
      File

◊ "Practicing pursuant to D.C. Court of Appeals Rule 49(c) (6).
° Admitted only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar, D.C. Court of Appeals.

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                 3700
CONNECTION TEL           92024425556
SUBADDRESS
CONNECTION ID
ST. TIME                 09/19 09:48
USAGE T                  00'46
PGS. SENT                5
RESULT                   OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores S. McKnight<br>Marshall Lammers*<br><br>! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: September 19th, 2005

FAX NO: 202-442-5556

SUBJECT: D.T., DOB: 5/7/91

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

```
***********************
***    TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                  3701
CONNECTION TEL                    92024425556
SUBADDRESS
CONNECTION ID
ST. TIME                  09/19 09:50
USAGE T                   00'50
PGS. SENT                 6
RESULT                    OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill º<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores S. McKnight<br>Marshall Lammers*<br><br>! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Rhondalyn Primes, Attorney Advisor, Office of the General Counsel, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: September 19th, 2005

FAX NO: 202-442-5097/5098

SUBJECT: D.T., DOB: 5/7/91

NUMBER OF PAGES INCLUDING COVER SHEET: 6

COMMENTS: Executed settlement agreement and notice to withdraw. Thank you for your assistance.

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

September 20th, 2005

**Via Facsimile Only**

Office of the General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE Eighth Floor
Washington, DC 20002

Re: Dale Tabron
DOB: May 7th, 1991

To Whom It May Concern:

   Please accept my signature below, as official notice that I Saundra Tabron, gave the law offices James E. Brown & Associates, PLLC, and specifically, Roxanne Neloms, Esq., permission to execute the settlement agreement of yesterday, September 19th, 2005. I hope this proves useful.

Respectfully,

*Saundra Tabron*
Saundra Tabron, Parent

Cc: Roxanne Neloms, Attorney
    Domiento C.R. Hill, Esq.
    File

---

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*

° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Dale Tabron
Saundra Tabron
37 K Terrace, NW
Washington DC 20001


September 22, 2005
In Reference To:   Dale Tabron
                   DOB: 5/27/91
                   School: Terrell JHS

Invoice #10974

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2005 | KD | Drafted letter to parent/enclosed copy of MDT Cnfrmtn/copy to advc and file/added to case notes/posted same to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| 6/13/2005 | DH | Discussion with the parent regarding the status of the student's case. | 0.17<br>350.00/hr | 59.50 |
| 6/16/2005 | KC | Prepared for upcoming MDT/IEP meeting | 1.00<br>175.00/hr | 175.00 |
| | KC | Attended MDT/IEP @ Terrell JHS | 3.00<br>175.00/hr | 525.00 |
| 6/21/2005 | DD | Phone call from Pathways school about his placement interview | 0.08<br>175.00/hr | 14.00 |
| 6/27/2005 | KD | Drafted letter to parent/enclosed copy of 5-26-05 S/L from DCPS and 6-16-05 MDT Notes/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/5/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 7-2-05 Ltr to DCPS re PNOP w/Accptnc Ltr from Pathways/copy to advc and file/added to case notes | 0.50<br>105.00/hr | 52.50 |
| | BDL | Drafted letter to parent with copy of letter received from RCA. | 0.25<br>105.00/hr | 26.25 |
| 7/12/2005 | DH | Discussion with the mother regarding the student's placement. | 0.08<br>350.00/hr | 28.00 |

Dale Tabron                                                                                                       Page    2

|            |     |                                                                                                                                                                                                 | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 7/13/2005  | KD  | Phone call to High Road and to Pathways re status of Placement Referrals per Atty Hill/call to Atty Hill re same                                                                                             | 0.17<br>105.00/hr | 17.85  |
| 7/14/2005  | DH  | Review the student's educational file to determine DCPS compliance with the settlement agreement and the parent's right to self-help, conduct educational research, begin drafting administrative due process complaint. | 1.75<br>350.00/hr | 612.50 |
| 7/15/2005  | RN  | Review the administrative due process complaint drafted by Mr. Hill, discussion with the parent.                                                                                                            | 0.25<br>350.00/hr | 87.50  |
|            | DH  | Finish drafting of the student's administrative due process hearing complaint, present to Ms. Neloms' for her review and execution.                                                                         | 2.50<br>350.00/hr | 875.00 |
|            | BDL | Telephone call from The Pathways school.                                                                                                                                                                    | 0.08<br>105.00/hr | 8.40   |
| 7/18/2005  | KD  | Drafted letter to parent/enclosed copy of Atty's Offer to Waive Resolution Meeting to DCPS/copy to advc and file/added to case notes                                                                         | 0.42<br>105.00/hr | 44.10  |
|            | KD  | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/added to case notes                                                                                                             | 0.42<br>105.00/hr | 44.10  |
| 7/20/2005  | DH  | Draft letter, for Ms. Neloms' review, regarding the possible dates to convene the student's Resolution Session Meeting.                                                                                     | 0.25<br>350.00/hr | 87.50  |
|            | RN  | Review letter drafed by Mr. Hill regarding the possible dates to convene the student's Resolution Session Meeting.                                                                                          | 0.08<br>350.00/hr | 28.00  |
| 7/21/2005  | KD  | Drafted letter to parent/enclosed copy of Atty's 7-20-05 Ltr to Terrell JHS w/resolution mtng dates/copy to advc and file/added to case notes                                                                | 0.42<br>105.00/hr | 44.10  |
| 7/26/2005  | KD  | Phone call to parent re Resolution Meeting calls from DCPS and scheduling through Atty at JEB & Assoc                                                                                                       | 0.08<br>105.00/hr | 8.40   |
| 7/27/2005  | KC  | Telephone call to DCPS school staff ( D. Nedab; Terrell JHS) re: discussion about why Resolution team has requested a second IEP meeting for student and has overturned MDT's decision about placement.     | 0.58<br>175.00/hr | 101.50 |
| 7/28/2005  | KC  | Draft letter to to Ms. Nedab (SPED Coord. at Beers ES) ,mailed & filed.                                                                                                                                     | 0.92<br>175.00/hr | 161.00 |
| 8/4/2005   | KC  | Phone call from mother re: prep for resolution meeting.                                                                                                                                                     | 0.58<br>175.00/hr | 101.50 |
| 8/5/2005   | KC  | Reviewed client file in prep for resolution meeting                                                                                                                                                         | 0.75<br>175.00/hr | 131.25 |
|            | KC  | Appearance at resolution meeting/prelim to hearing.                                                                                                                                                         | 2.50<br>175.00/hr | 437.50 |

Dale Tabron                                                                                       Page    3

|            |    |                                                                                                                                                                                                                                                                   | Hrs/Rate         | Amount |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 8/5/2005   | KC | Drafted letter to parent summarizing conclusion of resolution meeting.(mailed).                                                                                                                                                                                   | 0.83<br>175.00/hr  | 145.25 |
| 8/9/2005   | DH | Draft and send letter to DCPS Office of Student Hearings informing them of non-resolution in the student's resolution session meeting of earlier today and request to schedule the administrative due process hearing.                                             | 0.17<br>350.00/hr  | 59.50  |
| 8/16/2005  | KD | Drafted letter to parent/enclosed copy of Atty's 8-9-05 Ltr DCPS re Res Mtng results and to proceed with scheduling of Hearing/copy to advc and file/added to case notes                                                                                           | 0.42<br>105.00/hr  | 44.10  |
| 8/25/2005  | DH | Discussion with the mother regarding the status of the student's case.                                                                                                                                                                                            | 0.17<br>350.00/hr  | 59.50  |
|            | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars                                                                                                                                   | 0.50<br>105.00/hr  | 52.50  |
|            | KC | Phone call to parent (Sandra Tabron) re: call from Ms. Nedab relative to DCPS's intent to issue PNOP to Browne Center ( a placement that the MDT never discussed during placement discussions.)                                                                    | 0.50<br>175.00/hr  | 87.50  |
|            | KC | Telephone call from DCPS staff (Denise Nedab) re: DCPS Administrative office's order to issue PNOP to Browne Center. Discussion about excessive school transition given upcoming D.P. Hearing.                                                                      | 0.33<br>175.00/hr  | 57.75  |
| 8/26/2005  | KC | Phone call to Sandra Tabron re: phone call she recieved from Ms. Nedab (Terrell JHS)                                                                                                                                                                               | 0.33<br>175.00/hr  | 57.75  |
| 8/29/2005  | KC | Phone call from Ms. Sandra Tabron re: conversation with Principal, Dr. Nichols, during which she was informed that the student has been transferred to Brown CEnter and cannot return to Terrell.                                                                  | 0.42<br>175.00/hr  | 73.50  |
| 8/30/2005  | KC | School visit; Meeting with Dr. Nichols (Principal of Terrell JHS) & Ms. Nedab (Spec. Ed. Coord; Terrell JHS) re; stay put filing and discussion of why Brown Center is an inappropriate placement. Dr. Nichols refuses to allow student to attend Terrell until he contacts Ms. Helton (DCPS Admin. Offices) | 1.25<br>175.00/hr  | 218.75 |
|            | KC | Conference with parent subsequent to meeting with Dr. Nichols & Ms. Nedab. Informed parent that I would meet with Mr. Hill regarding the stay put and we would attempt to enroll the student at Terrell again tomorrow.                                            | 0.25<br>175.00/hr  | 43.75  |
|            | DH | Draft notice of stay-put.                                                                                                                                                                                                                                         | 0.25<br>350.00/hr  | 87.50  |
| 8/31/2005  | WB | Drafted letter to parent w/ correspondence sent to Office of Special Education (8/30/05) requesting "Stay-Put"                                                                                                                                                    | 0.42<br>105.00/hr  | 44.10  |

Dale Tabron                                                                                           Page    4

|            |     |                                                                                                                                                                                                                                                              | Hrs/Rate         | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 8/31/2005  | BDL | Drafted letter to parent with copy of HR.                                                                                                                                                                                                                    | 0.42 105.00/hr   | 44.10  |
|            | DH  | Review the student's educational file, conduct educational research to determine the applicability of the stay-put provision of the IDEA and IDEIA to the student's case, draft administrative due process hearing, take to Ms. Neloms' to her review.       | 1.00 350.00/hr   | 350.00 |
|            | RN  | Review the administrative due process complaint drafted by Mr. Hill.                                                                                                                                                                                         | 0.33 350.00/hr   | 115.50 |
|            | KC  | Phone call from Ms. Sandra Tabron inquiring whether she should take son to Browne Center and attempt to enroll him.                                                                                                                                          | 0.42 175.00/hr   | 73.50  |
| 9/1/2005   | KC  | Phone call to parent re: taking student to Brown Center until administrative hearing on 9/19/05                                                                                                                                                              | 0.33 175.00/hr   | 57.75  |
| 9/2/2005   | KC  | Draft letter to Denise Nedab; Spec. Ed. Coord. re: Browne Center's revelation that the student cannot enroll there because of communication with Ms. Nedab that stay put order had been filed. Request to allow student to remain at Terrell until administrative hearing later during month. Faxed letter. | 0.83 175.00/hr   | 145.25 |
| 9/7/2005   | KC  | Draft letter to Presiding Judge (Juvenile Division; DC Superior Court) re: circumstances resulting in student's arrest at Terrell JHS.                                                                                                                       | 1.00 175.00/hr   | 175.00 |
| 9/8/2005   | KC  | Conference with parent at D.C. Superior Court re: letter prepared for Judge and summary of parent conversations with Public Defender and Probation Officer.                                                                                                   | 1.50 175.00/hr   | 262.50 |
|            | KC  | Draft letter to parent; included copy of letter to Judge presiding over Dale's hearing. Copy for parent records. Mailed letter.                                                                                                                              | 0.75 175.00/hr   | 131.25 |
|            | KC  | Phone call from Ms. Sandra Tabron re: Dale's release from court/detention. INquiry about where he should attend school tomorrow.                                                                                                                              | 0.42 175.00/hr   | 73.50  |
|            | KC  | Phone call from Ms. Sandra Tabron re: meeting point and time at D.C. Superior Court to retrieve letter for Judge detailing educational experiences culminating in arrest. Summarized discussion that she held with student's probation officer, Mr. McDonald. | 0.50 175.00/hr   | 87.50  |
| 9/9/2005   | KC  | Phone call from Ms. Sandra Tabron. Student will be allowed to attend Terrell JHS per order of the Judge after yesterday's hearing at D.C. Superior Court. (Mother says that she will attend school with Dale to ensure additional problems don't occur.)     | 0.42 175.00/hr   | 73.50  |
| 9/12/2005  | RN  | Review the five-day disclosures prepared by co-counsel.                                                                                                                                                                                                      | 0.42 350.00/hr   | 147.00 |
|            | DH  | Review the student's educational file, prepare five-day disclosures.                                                                                                                                                                                         | 1.42 350.00/hr   | 497.00 |

Dale Tabron                                                                                                         Page    5

|            |    |                                                                                                                                                                                                                                  | Hrs/Rate        | Amount     |
|------------|----|--------|---------|---------|
| 9/12/2005  | KD | Prepare disclosure to DCPS                                                                                                                                                                                                                       | 2.00<br>105.00/hr | 210.00   |
| 9/13/2005  | KC | Phone call from Ms. Tabron re: Terrell JHS scheduling of conference on 9/14/05 at 2:00 p.m. Writer and parent discussed school allowing student to take work packets home until hearing occurs on 9/19/05.                                        | 0.42<br>175.00/hr | 73.50    |
| 9/14/2005  | KC | Attended MDT meeting at Terrell JHS re: student's current placement in in-school suspension versus allowing student to do school work at home until administrative hearing on 9/19/05. School agreed that the student can work at home until his hearing. | 2.00<br>175.00/hr | 350.00   |
| 9/19/2005  | DH | Prepare for the student's administrative due process hearing. Prior to the hearing, the parties agreed to settle the matter.                                                                                                                     | 2.00<br>350.00/hr | 700.00   |
|            | RN | Prepare for the student's administrative due process hearing. Prior to the hearing, the parties agreed to settle the matter.                                                                                                                     | 2.00<br>350.00/hr | 700.00   |
|            |    | For professional services rendered                                                                                                                                                                                                               | 41.77           | $9,065.35 |

Additional Charges :

| 6/9/2005  | Postage; MDT meeting confirmation letter to parent.                                                            | 0.37 |
|-----------|----------------------------------------------------------------------------------------------------------------|------|
|           | Copied: MDT confirmation for parent and advocate.                                                              | 2.00 |
| 6/27/2005 | Postage; S/L evaluations and MDT notes letter to parent.                                                       | 0.60 |
|           | Copied: MDT notes and S/L for parent and advocate.                                                             | 5.00 |
| 7/5/2005  | Postage; letter to parent.                                                                                     | 0.37 |
|           | Postage; Acceptance letter from pathways and letter from Interdynamics to parent.                              | 0.83 |
|           | Copied: letter for parent.                                                                                     | 1.00 |
|           | Copied: Placement acceptance from Pathways and letter from Interdynamics for parent and advocate.              | 7.50 |
| 7/14/2005 | Facsimile: Letter to OMC and OSE.                                                                              | 9.00 |
| 7/15/2005 | Facsimile: Letter to OGC. HR to SHO.                                                                           | 13.00 |
| 7/18/2005 | Postage; HR complaint and offer to waive meeting letter to parent                                              | 0.83 |
|           | Copied: HR/Complaint letter for parent and advocate. Meeting request.                                          | 8.50 |
| 7/20/2005 | Copied documents to parent/advocate: Attorney's 7/20/05 letter to Terrell, resolution meeting dates and cover letter | 1.50 |

Dale Tabron                                                                                                      Page   6

                                                                                                                 Amount

| Date | Description | Amount |
|---|---|---|
| 7/20/2005 | Postage; Resolution meeting dates letter to parent. | 0.37 |
| 7/28/2005 | Facsimile to Ke to Terrah: Letter | 2.00 |
|  | Copied documents: Letter | 0.50 |
| 8/5/2005 | Copied: RM for attorney and file. | 2.00 |
|  | Copied: letter for file and attorney. | 0.50 |
|  | Postage; letter to parent. | 0.37 |
| 8/9/2005 | Facsimile letter to SHO | 2.00 |
| 8/15/2005 | Copied: HR to be filed for parent and advocate. | 1.50 |
| 8/16/2005 | Postage; letter to parent re: RM results. | 0.37 |
| 8/25/2005 | Postage; letter to parent re: HN | 0.37 |
|  | Copied: HN for parent and advocate. | 1.00 |
| 8/31/2005 | Copied documents(Parent-HR) | 0.50 |
|  | Facsimile(SHO-HR) | 7.00 |
|  | Facsimile: Stay put notice to OGC, OSE, OMC, and school. | 12.00 |
| 9/2/2005 | Copied documents; letters | 1.00 |
|  | Facsimile letter to Terrell | 3.00 |
|  | Postage; letter to parent re: HR. | 0.60 |
|  | Copied: letter for attorney. | 1.00 |
| 9/7/2005 | Copied: letter for parent. | 1.50 |
| 9/8/2005 | Copied documents; letter | 1.00 |
|  | Postage; letter to parent | 0.37 |
|  | Copied documents(File/atty-letter copies) | 0.50 |
| 9/12/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied 5-day disclosure for DCPS OGC and SHO | 86.50 |
| 9/19/2005 | Facsimile settlement agreement to SHO and OGC | 11.00 |

Dale Tabron                                                                                                     Page    7

                                                                                                                 <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 9/19/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $318.33 |
| | Total amount of this bill | $9,383.68 |