IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAMORA AGNEW**, *et.al* ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Civil Action No.: 006-00277(RWR) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### PRAECIPE

To the Clerk of the Court:

Please mark this matter as settled and dismissed.

Respectfully submitted,

/s/   Tilman L. Gerald
Tilman L. Gerald
Unified Bar No. 928796
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorney for Plaintiffs***